IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **BARBARA GARSON,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-1612 |
| **HVAC CORPORATION, INC., STEPHEN FOX, and YISHAI KEDAR** | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 8th day of November, 2010, upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 17, filed October 5, 2010) and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Her First Amended Complaint (Document No. 19, October 12, 2010), for the reasons stated in the attached Memorandum, **IT IS ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course. In the meanwhile, discovery may proceed.

                                                      **BY THE COURT:**

                                                      /s/ Hon. Jan E. DuBois
                                                    **JAN E. DUBOIS, J.**